**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __7__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Mirelys Castillo** | JOINT DEBTOR: **Jason Clay Gordon** | CASE NO.: **15-29972-AJC** |
| Last Four Digits of SS# **xxx-xx-1797** | Last Four Digits of SS# **xxx-xx-7576** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **1,414.21** for months **1** to **15** ;
  B.  $ **2,143.30** for months **16** to **60** ;
  C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **4,400.00**     TOTAL PAID $ **1,000.00**

  Balance Due   $ **3,400.00** payable $ **226.67** /month (Months **1** to **15**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Chase**
   Address: **PO Box 78420; Phoenix, AZ 85062-8420**
   Account No: **1743487467**

   Arrearage on Petition Date  $ **21,366.79**
   Arrears Payment  $ **474.82** /month (Months **16** to **60**)
                    **1,046.12** /month (Months **1** to **15**)
   Regular Payment  $ **1,368.19** /month (Months **16** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Space Coast Credit Union** <br> **Po Box 419001** <br> **Melbourne, FL 32941** <br> **Account No: 9681510921** | **8408 Rednock Lane, Miami Lakes, FL 33016** <br> $ **222,050.00** | **0%** | $ **77.78** | **16** To **60** | **3,500.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]

**State of Florida-**
**Department of Revenue**
**Bankruptcy Section**
**Post Office Box 6668**
**Tallahassee, FL 32314**     Total Due  $ **322.90**
                              Payable   $ **7.18** /month  (Months **16** to **60**)  Regular Payment $ _____

Unsecured Creditors:  Pay $ **1.00** /month (Months **16** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
  **Rejected Contracts and/or Leases**
  **-None-**

**The debtor shall make all contractual payments for 8408 Rednock Lane, Miami Lakes, FL 33016 to Miami Lakes-Lake Carol Homeowners' Association Inc.**

**The debtors will reject the lease held by Toyota Lease Credit Corporation for the 2015 Lexus IS 250.**

LF-31 (rev. 01/08/10)

**The debtors are hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.**

Date: February 23, 2017

**Rodriguez Law, P.L.**
Counsel for the Debtor
6600 Cow Pen Road, Suite 220
Miami Lakes, Florida 33014
Telephone: 305-262-8226
Facsimile: 305-262-8229

/s/ Ricardo A Rodriguez
Ricardo A Rodriguez, Esq., FBN 0496901

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy