UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

PROCEEDINGS UNDER CHAPTER l3
CASE NO.  15-29972-AJC

In re:

Mirelis Castillo-Gordon and
Jason Clay Gordon,

      Debtors.

_____/

*Expedited*

## DEBTOR'S MOTION TO APPROVE LOAN AGREEMENT

[Debtor has an Immediate Need to Finance the Purchase of Vehicle due to Her Prior
Vehicle's Lease Agreement Expiring and The Lessor Taking Possession of It]

Debtor, Mirelis Castillo-Gordon, (the "Debtor") by her undersigned counsel file

this motion (the "Motion") for entry of an Order, allowing the Debtor to enter in a loan

agreement. In support therefor, the Debtor submits as follows:

1. Debtor has a need to borrow the necessary funds pursuant to the terms of the

"Retail Installment Contract" (the "Agreement") with Countyline Auto Center Inc. DBA

Lexus of Pembroke Pines attached hereto as Exhibit A. The terms of the Agreement

include loan of $16,453.63, 23.95% interest, a term of 66 months, and a monthly

payment of $455.19.

2. The Debtor needs to borrow such funds in order to purchase a 2011 BMW 3

Series in the amount of $16,395.88 including sales tax pursuant to the purchase order

attached hereto as Exhibit B.

3. The purchase of the Vehicle is necessary as the lease term of the prior vehicle

expired and was later repossessed.

4. The Debtor has the ability to make the involved monthly payment pursuant to her budget set forth in schedules I and J.  With her prior leased vehicle, Debtor was paying $690.00 as reflected in Schedule J.

WHEREFORE, the Debtor, Mirelis Castillo-Gordon, respectfully requests that this Court enter an Order (i) granting the Motion, (ii) allowing the Debtor to enter into the Agreement, and (iii) granting the Debtor such other legal and equitable relief to which she is justly entitled.

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Rodriguez Law, P.L.
Counsel for the Debtor
6600 Cow Pen Road, Suite 220
Miami Lakes, FL 33014
Telephone: 305-262-8226
Facsimile: 305-262-8229

/s/ Ricardo A Rodriguez
Ricardo A Rodriguez, Esq., FBN 0496901

*Exhibit A*

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

Dealer Number _____  Contract Number _____

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| MIRELIS CASTILLO GORDON<br>8408 REDNOCK LN<br>MIAMI LAKES FL 33016-6450<br>Buyer's Birth Month: DECEMBER | <br><br><br>Co-Buyer's Birth Month: | COUNTYLINE AUTO CENTER INC<br>DBA LEXUS OF PEMBROKE PINES<br>16150 PINES BLVD<br>PEMBROKE PINES FL 33027 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of **23.95** % per year. The Truth-In-Lending Disclosures below are part of this contract. You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2011 | BMW 3 SERIE | | WBARM5C54BE576555 | Personal, family, or household use unless otherwise indicated below<br>☐ business<br>☐ agricultural |

You agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2500.00 is |
|---|---|---|---|---|
| **23.95** % | $ 13588.91 | $ 16453.63 | $ 30042.54 | $ 32542.54 |

### Your Payment Schedule Will Be:
(e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 66 | 455.19 | Monthly beginning 06/10/2017 |
| N/A | N/A | N/A |

Or As Follows:

N/A

**Late Charge.** If payment is not received in full within **10** days after it is due, you will pay a late charge of **5** % of each installment.

**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1  Cash Price (including $ **952.88** sales tax) ............................ $18520.88 (1)
2  Total Downpayment =

| | |
|---|---|
| Gross Trade-In Allowance | $ 2500.00 |
| Less Pay Off Made By Seller (e) | $ N/A |
| Equals Net Trade In | $ 2500.00 |
| + Cash | $ N/A |
| + Other N/A | $ N/A |
| (If total downpayment is negative, enter "0" and see 4J below) | $ 2500.00 (2) |

3  Unpaid Balance of Cash Price (1 minus 2) ........................... $16020.88 (3)
4  Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | |
|---|---|
| Life | $ N/A |
| Disability | $ N/A |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Term **N/A**

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term **N/A**

Premium:

Credit Life $ **N/A**

Credit Disability $ **N/A**

Insurance Company Name **N/A**

**N/A**

Home Office Address **N/A**

**N/A**

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments.

If the box above is checked to indicate that you want credit life insurance, please read and sign the following acknowledgments:
1. You understand that you have the option of assigning any other policy or policies you own or may procure for the purpose of covering this extension of credit and that the policy need not be purchased from us in order to obtain the extension of credit.

X _____ N/A _____
Buyer                          Date

X _____ N/A _____
Co-Buyer                       Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

**4** Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

| | | |
|---|---|---|
| A | Cost of Optional Credit Insurance Paid to Insurance Company or Companies. | |
| | Life | $ N/A |
| | Disability | $ N/A | $ N/A |
| B | Vendor's Single Interest Insurance Paid to Insurance Company | $ N/A |
| C | Other Optional Insurance Paid to Insurance Company or Companies | $ N/A |
| D | Optional Gap Contract | $ N/A |
| E | Official Fees Paid to Government Agencies | $ N/A |
| F | Government Documentary Stamp Taxes | $ 57.75 |
| G | Government Taxes Not Included in Cash Price | $ N/A |
| H | Government License and/or Registration Fees | |
| | REG 375.00 | $ 375.00 |
| I | Government Certificate of Title Fees | $ N/A |
| J | Other Charges (Seller must identify who is paid and describe purpose) | |
| | to N/A        for Prior Credit or Lease Balance (e) | $ N/A |
| | to        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |
| | to N/A        for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf    $ 432.75 (4)

**5** Loan Processing Fee Paid to Seller (Prepaid Finance Charge)    $ N/A (5)

**6** Amount Financed (3 plus 4)    $ 6453.63 (6)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS N/A

---

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.    N/A    N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X    N/A

---

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision; fire; theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the Insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is** $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X    N/A    Co-Buyer Signs X    N/A    Date: N/A

---

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year 2007 Make DODGE | Year N/A Make N/A |
| Model LIBER | Model N/A |
| VIN 1B3HB48B07D417231 | VIN N/A |
| Gross Trade-In Allowance $ 2500.00 | Gross Trade-In Allowance $ N/A |
| Payoff Made by Seller $ N/A (e) | Payoff Made by Seller $ N/A (e) |
| Lienholder N/A | Lienholder N/A |

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental

---

X    N/A
Co-Buyer    Date

2. You understand that the credit life coverage may be deferred if, at the time of application, you are unable to engage in employment or unable to perform normal activities of a person of like age and sex. (You need not sign this acknowledgement if the proposed credit life insurance policy does not contain this restriction.)

X    N/A
Buyer    Date

X    N/A
Co-Buyer    Date

3. You understand that the benefits under the policy will terminate when you reach a certain age and affirm that your age is accurately represented on the application or policy.

X    N/A
Buyer    Date

X    N/A
Co-Buyer    Date

### Other Optional Insurance

☐ N/A    N/A
Type of Insurance    Term
Premium $ N/A
Ins. Co. Name & Address    N/A
N/A

☐ N/A    N/A
Type of Insurance    Term
Premium $ N/A
Ins. Co. Name & Address    N/A
N/A

☐ N/A    N/A
Type of Insurance    Term
Premium $ N/A
Ins. Co. Name & Address    N/A
N/A

N/A    N/A
Type of Insurance    Term
Premium $ N/A
Ins. Co. Name & Address    N/A
N/A

N/A    N/A
Type of Insurance    Term
Premium $ N/A
Ins. Co. Name & Address    N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X
Buyer Signature    Date

X
Co-Buyer Signature    Date

### LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

| Buyer Signs X | N/A | Co-Buyer Signs X | N/A | Date: N/A |

**X**

Buyer Signature _____ Date _____

**X**

Co-Buyer Signature _____ Date _____

| Trade-In Vehicle | | Trade-In Vehicle | |
|---|---|---|---|
| Year **2007** Make **DODGE** | | Year **N/A** Make **N/A** | |
| Model **CALIBER** | | Model **N/A** | |
| VIN **1B3HB48B07D417231** | | VIN **N/A** | |
| Gross Trade-In Allowance $ **2500.00** | | Gross Trade-In Allowance $ **N/A** | |
| Payoff Made by Seller $ **N/A** (e) | | Payoff Made by Seller $ **N/A** (e) | |
| Lienholder **N/A** | | Lienholder **N/A** | |

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.**

**You assign to Seller** all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

**Buyer Initials** _____ **Co-Buyer Initials** _____

**Returned Payment Charge:** If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law.

**Trade-In Payoff Agreement:** Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above and in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 Seller will pay it, and you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on the back of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Florida documentary stamp tax required by law in the amount of $ **57.75** has been paid or will be paid directly to the Department of Revenue.

Certificate of Registration No. **N/A**

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to Seller. You agree to complete all documents required for assignment of rebates and incentives.

Buyer Signature X _____ Co-Buyer Signature X _____
**N/A**                                **N/A**

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.
Buyer Signs X _____ Co-Buyer Signs X _____

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____ per day from the date of cancellation until the vehicle is returned or repossessed. **SEE BUYERS**
X _____                    X _____ **ORDER**
**Buyer Signs**                        **Co-Buyer Signs**

---

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO THE BUYER:** a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date **1/26/17** Co-Buyer Signs X _____ Date _____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____
Seller Signs **COUNTYLINE AUTO CENTER INC** Date **1/26/17** By X _____ Title _____

Seller assigns its interest in this contract to **LOCAL FINANCE COMPANY** (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☐ Assigned without recourse **XX**    ☒ Assigned with limited recourse

Seller **COUNTYLINE AUTO CENTER INC** By _____ Title _____

■ ADP FORM NT-55CFLARB (REV 04/11/11) & INSERT NO. D450-783

*Exhibit B*

# LEXUS OF PEMBROKE PINES
16150 Pines Blvd.
PEMBROKE PINES, FL 33027
(954) 443-2020

**RETAIL BUYER'S ORDER**

*A Craig Zinn Automotive Group Company*

DATE 01/26/2017

| CUSTOMER | | | |
|---|---|---|---|
| MIRELIS CASTILLO GORDON | | DOB 12/09/1974 | CO-CUSTOMER |
| ADDRESS 9103 REDNOCK LN | | | ADDRESS |
| CITY MIAMI LAKES | STATE FL | ZIP 33016-6450 | CITY |
| DL # C234540749190 | E-MAIL MIRELYCASTILLO@BELLSOUTH.NET | | |

| CUSTOMER OCCUPATION | CUSTOMER MOBILE PHONE 786)286-7123 | CO-CUSTOMER OCCUPATION | CO-CUSTOMER MOBILE PHONE |
|---|---|---|---|
| HOME PHONE 786)286-7123 | WORK PHONE 917)497-8787 | COUNTY DADE | HOME PHONE | WORK PHONE | COUNTY DADE |

| STOCK NO. 70274901 | YEAR 2011 | NEW | USED XX | DEMO | EXECUTIVE | MILEAGE 42241 | COLOR WHITE/BLACK | SALESPERSON 1 MERT KADIR CILLER |
|---|---|---|---|---|---|---|---|---|
| VIN WBAPM5C54BE576555 | | MAKE BMW | | MODEL 3 SERIES | | BODY 4DR | | SALESPERSON 2 |

**NEW / DEMO AND EXECUTIVE VEHICLE DISCLOSURE**
This new, demonstrator or executive VEHICLE IS SOLD AS-IS AND WITH ALL FAULTS. DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the Vehicle. The only warranties applying to this Vehicle are those offered by the Manufacturer. The Manufacturer's warranty is not affected by Dealer's disclaimer of warranties. The Customer hereby acknowledges that Dealer has made available "warranty Pre-Sale Information" as disclosed in the warranty binders pursuant to the Magnuson-Moss Warranty Act.

Kustomer: X X X X X X X X   Kustomer: X X X X X X X X
THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.
Kustomer: X X X X X X X X X X   Kustomer: X X X X X X X X X X

**USED VEHICLE DISCLOSURE**
This used Vehicle has been previously driven by others and Dealer has not made any representation regarding the Vehicle's history, except as disclosed in writing on this Order below. In the event that the Dealer has made available a written third party history report in regard to the Vehicle (i.e. CarFax or Autocheck report), Customer understands and acknowledges that Dealer does not guarantee or represent that the information contained therein is accurate or complete, and such report shall not constitute a Dealer representation or warranty in regard to the Vehicle. Customer acknowledges that no representation has been made by any agent of Dealer: (i) regarding the history, condition, prior repair or maintenance, safety system or suitability of the Vehicle; or (ii) that it has or has not ever sustained damages prior to this Order, nor does Dealer have the obligation to make any such disclosure. Customer understands that, prior to signing this Order, s/he may retain a third-party to provide information regarding the Vehicle's history and that Dealer encourages Customer to do so. Customer may also make arrangements, prior to signing this Order, to have the Vehicle inspected by a person of Customer's own choosing. Customer further acknowledges that Customer has test driven this Vehicle and it meets Customer's satisfaction or Customer has been offered an opportunity to do so, and has declined. Except as otherwise set forth on the window form (Buyer's Guide) or in a written warranty, THIS VEHICLE IS SOLD "AS-IS AND WITH ALL FAULTS," WITHOUT ANY WARRANTY AND DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any person to assume for it any liability in connection with the sale of the Vehicle. The information you see on the window form for this Vehicle is part of this contract/Order. Information on the window form overrides any contrary provisions in the contract/Order of Sale. The Manufacturer warranty, if any, has been fully explained. If the Vehicle is designated as a certified vehicle; that indicates that it has qualified for a limited extension of the Manufacturer's original warranty. The certified designation does not alter or modify any of the above disclaimers and waivers, nor does it create a Dealer warranty. It also does not mean that the Vehicle, like all used vehicles, will not suffer mechanical breakdowns, nor need maintenance due to wear and tear.

The Vehicle was previously a _____ (enter short-term-lease vehicle/rental, taxicab, police vehicle, Nonconforming vehicle/manufacturer buy-back, rebuilt, glider kit, replica or flood vehicle)

Customer: _____   Customer: _____

GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.

**TRADE-IN**

| Vehicle Description 2007 DODGE CALIBER | | |
|---|---|---|
| VIN 1B3HB48B07D417231 | Mileage N/A | |
| 1st Lien to: NONE | Amount: N/A | Good Thru |
| 2nd Lien to: | Amount: N/A | Good Thru |

Unless specifically identified by Customer in writing and signed by the parties, Customer represents and warrants the following regarding the Trade-in: (i) it was not involved in an

**PURCHASE INFORMATION**

| | |
|---|---|
| Cash Price of Vehicle | 16250.00 |
| Accessories | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| | N/A |
| Subtotal | 16250.00 |
| Less Pre-owned Allowance &/or Discount | 2500.00 |
| Net Difference | 13750.00 |
| Pre-delivery Service Fee* | **$799.00** |
| Electronic Processing/E-Tag Fee* | 499.00 |
| *This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles and preparing documents related to the sale. | |
| Lead Acid Battery Fee | N/A |
| Florida New Tire Fee ($1.00 per tire) | N/A |
| | N/A |
| Subtotal | 15048.00 |
| Sales Tax 00 % | 902.88 |
| COUNTY TAX | 50.00 |
| Lemon Law – Warranty Enforcement Act (New cars only) | N/A |
| Florida Title, Registration and License Fees (New XX Trans ) | 375.00 |
| Third-party Private Tag Agency Fee | 20.00 |
| Trade Pay-off / Balance on Prior Lease | N/A |
| Subtotal | 16395.88 |
| Motor Vehicle Service Contract (extended warranty) | N/A |
| Vehicle Maintenance Agreement | N/A |
| | N/A |
| | N/A |

*Exhibit B*

GUIA PARA COMPRADORES DE VEHICULOS USADOS. LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO, LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.

| | |
|---|---|
| Third-party Private Tag Agency Fee | 20.00 |
| Trade Pay-off / Balance on Prior Lease | N/A |
| Subtotal | 16395.88 |
| Motor Vehicle Service Contract (extended warranty) | N/A |
| Vehicle Maintenance Agreement | N/A |
| | N/A |
| | N/A |
| Sales Tax on Other Benefits | N/A |
| | N/A |
| GRAND TOTAL | 16395.88 |
| Rebate | N/A |
| Cash Received | N/A |
| Total Cash Down | N/A |
| **BALANCE DUE ON DELIVERY** | 16395.88 |

### TRADE-IN

Vehicle Description: **2007 DODGE CALIBER**

VIN: **1B3HB48B07D417231**   Mileage: **N/A**

1ª Lien to: **NONE**   Amount: **N/A**   Good Thru

2ª Lien to:   Amount: **N/A**   Good Thru

Unless specifically identified by Customer in writing and signed by the parties, Customer represents and warrants the following regarding the Trade-in: (i) it was not involved in an accident; (ii) has not incurred any body or major engine repair(s); (iii) it was not previously a police vehicle, a taxicab, a short-term lease (for less than 12 months) also referred to as a rental vehicle, flood damaged, frame damaged, salvaged or a rebuilt vehicle; and the title to the Trade-in has not been branded as such. Subject to the terms and conditions of this Order, Approvals have been obtained. Customer agrees that in the event any inquiry reveals any undisclosed lien on the Trade-in, and/or the actual payoff for the disclosed lien on the Trade-in exceeds the Customer's/Lien Holder's statement of payoff, Customer will cause such previously unknown lien(s) and/or the understated amount of the disclosed lien(s) to be satisfied within 72 hours of Dealer's notice to Customer.

Customer: _____   Customer: _____

### LEASE WALK AWAY

Vehicle Description _____

VIN: X X X X X X X X X X X X X X X X X   Mileage: X X X

Lease Company X X X X X X X X   Account #   **N/A**

Total Lease Payment to be made by Dealer: _____

Total excess mileage, and/or wear and tear to be made by Dealer:

All other Dealer obligations and promises in regard to Lease Walk Away:

Dealer is NOT responsible for any Customer obligation on the Lease Walk Away unless specifically set forth above in writing. Customer understands that Dealer's agreement to take possession of the Lease Walk Away is for the convenience of the Customer and Dealer assumes no responsibility for its condition or any other obligation of Customer, except as indicated above. Customer acknowledges that if the Lease Walk Away is turned in prior to the end of the lease, it may remain at Dealership or be otherwise stored until accepted back by vehicle owner/leasing company. Customer assumes full risk of theft and subsequent damage, regardless of negligence.

Customer: X X X X X X X   Customer: X X X X X X X X X X X

### LIMITATION ACKNOWLEDGEMENTS

Dealer and Customer agree that for any controversy, claim, suit, demand, counterclaim, cross claim, or third party complaint, arising out of, in connection with, or relating to this Order, any addendum, or the parties' relationship (whether statutory or otherwise and irrespective of whether the Financing Approvals were obtained or whether Dealer terminated the Order): (a) Venue and jurisdiction shall lie exclusively in the County where Dealer is situated; (b) Customer and Dealer irrevocably waive their right to a trial by jury; (c) Customer shall not be entitled to recover from Dealer, and waives to the fullest extent allowed by law the right to recover, any special damages, consequential damages, punitive damages, exemplary damages, damages to property, damages for loss of use, loss of time, loss of profits, loss of income, or any other incidental damages, including but not limited to vehicle rental charges; and (d) Customer and Dealer each waive, to the fullest extent allowed by law, any right to pursue any claims on a class or consolidated basis or in a representative capacity. This Order is no evidence of any cash payment. Cash payments are evidenced by a separate receipt document. The Deposit will serve to hold the Vehicle from sale to another for 24 hours from this date.

Customer: _____   Customer: _____

### FINANCING NEGOTIATION / APPROVAL

Customer may secure financing through Dealer or a financing entity of Customer's choosing. Customer may be able to obtain more favorable financing from third parties. If a retail installment sales contract ("RISC") is entered into between Dealer and Customer it is, unless indicated in a separate writing signed by Dealer, to be assigned by Dealer to a bank/finance company (at face value or greater) which shall then be the creditor to whom Customer shall be obligated under the RISC. If the RISC is not assigned, or cannot be assigned, the Dealer does not agree to finance the Vehicle itself, unless Dealer separately and expressly waives its right of termination in writing. Customer also understands that: (i) the annual percentage rate (APR) for the installment sale of an automobile may be negotiated, and (ii) Dealer may receive some portion of the finance charge or receive other compensation for providing the financing and selling other products and services. Dealer may terminate this Order if a RISC is entered into between Dealer and Customer, and Dealer cannot obtain credit approval for Customer or if Dealer is unable to sell the RISC to a financial institution on terms of no less than face value (these acts shall be collectively referred to as "Financing Approvals"). Dealer's right of termination cannot be waived unless in writing. The execution of the RISC does not mean that Dealer has waived its right of termination. Financing Approvals are not typically obtained at the time of the Vehicle's delivery and are beyond Dealer's control. *Should Customer take delivery of the Vehicle prior to Dealer's obtaining the Financing Approvals, Customer understands and acknowledges that pending the Financing Approvals, delivery of the Vehicle to Customer serves as a convenience to Customer only and Customer does not have, nor will acquire, any rights or interests in the Vehicle by such delivery except Dealer's permission to use it, which permission can be revoked, requiring the Vehicle's immediate return to Dealer in the same condition as it existed when delivered to Customer.* Additionally, the obtaining of the Financing Approvals is a condition subsequent to the enforcement and validity of the RISC, which, at Dealer's option, shall be deemed null and void if such condition subsequent is not met. As a result of space limitations, please see the reverse side of this Order, and any incorporated addenda, for additional details.

Customer: _____   Customer: _____

DO NOT SIGN BELOW UNTIL YOU HAVE READ AND UNDERSTOOD ALL OF THE TERMS AND CONDITIONS CONTAINED ON THE FRONT AND REVERSE OF THIS ORDER. BY SIGNING BELOW, YOU ACKNOWLEDGE THAT EXCEPT AS OTHERWISE ACKNOWLEDGED IN WRITING, THIS REPRESENTS THE ENTIRE ORDER AND THAT YOU HAVE NOT RELIED ON ANY ORAL REPRESENTATION, PROMISE OR AGREEMENT NOT CONTAINED WITHIN THIS WRITTEN ORDER. CUSTOMER REPRESENTS AND WARRANTS THAT ALL INFORMATION PROVIDED TO DEALER IN CONNECTION WITH THIS TRANSACTION IS COMPLETE AND ACCURATE. CUSTOMER HAS READ, UNDERSTANDS AND ACCEPTS ALL PROVISIONS OF THIS ORDER AND THE WARRANTY STATEMENT.

_____   _____
Customer's Signature   Co-Customer's Signature

_____   _____
Customer's Printed Name   Co-Customer's Printed Name

_____
Manager/Authorized Dealer Representative